**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Alfonso Ernesto MOLINA,**
**Defendant–Appellant.**

**No. 09–11112**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 11, 2010.

Nancy E. Larson, Assistant U.S. Attorney, Alex Lewis, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Alfonso Ernesto Molina has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Molina has filed a response. Our independent review of the record, counsel's brief, and Molina's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities

herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Molina's motions to vacate the sentence and to remand the case to the district court for resentencing are DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.